IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO. 6:21-CR-$35$ |
| V. | § | |
| | § | JUDGES *Kennedy/ Mitchell* |
| LEONEL MARTINEZ-HERNANDEZ | § | |
| a.k.a. "Leo Martinez" | § | |

## **INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

### **COUNT ONE**

Violation: 18 U.S.C. §§ 922(a)(6) and 924(a)(2)
(False Statement During the Purchase of a
Firearm)

On or about March 18, 2020, in the Eastern District of Texas, defendant **Leonel**

**Martinez-Hernandez**, a.k.a. "**Leo Martinez**," in connection with the acquisition of

firearms, to wit:

1. a Walther, model Colt Government Model, .22 caliber pistol;

2. a Taurus, model TH9, 9mm caliber pistol;

3. a Chiappa Firearms, model 1911-22, .22 caliber pistol; and

4. a Taurus, model TH9, 9mm caliber pistol;

from Lone Star Pawn, a licensed dealer of firearms within the meaning of Chapter 44,

Title 18, United States Code, knowingly made a false and fictitious written statement to

Lone Star Pawn, which statement was intended and likely to deceive Lone Star Pawn as

Indictment - Page 1 of 4

to a fact material to the lawfulness of such acquisition of the said firearm by the defendant under Chapter 44 of Title 18, in that the defendant represented that he was the actual buyer of the firearms when in fact he was buying them for another.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

Indictment – Page 2 of 4

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
Pursuant to 18 U.S.C. § 924(d), 3665 & 28 U.S.C. § 2461(c)

As the result of committing the foregoing offense alleged in this indictment, the defendant herein shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), 3665 and 28 U.S.C. § 2461(c) any and all firearms, ammunition and accessories subject to forfeiture based on the aforementioned statutes, including, but not limited to, the following:

1) a Walther, model Colt Government Model, .22 caliber pistol bearing serial number WD050642;

2) a Taurus, model TH9, 9mm caliber pistol bearing serial number TMR39590;

3) a Chiappa Firearms, model 1911-22, .22 caliber pistol bearing serial number 18E02622; and

4) a Taurus, model TH9, 9mm caliber pistol bearing serial number TMR33276.

By virtue of the commission of the offense alleged in this indictment, any and all interest the defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d), 3665 and 28 U.S.C. § 2461(c).

NICHOLAS J. GANJEI
ACTING U.S. ATTORNEY

LUCAS MACHICEK
Assistant United States Attorney

Indictment - Page 3 of 4